# EXHIBIT "A"

TWENTY FOURTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO.: 726544                              SECTION: F

CAROLE GAREL

V

ACE AMERICAN INSURANCE COMPANY

FILED:_____

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

**COMES NOW**, through undersigned counsel, Plaintiff, Carole Garel, who shows to this Honorable Court the following facts to wit:

1.

That Plaintiff is a resident of Jefferson Parish.

2.

That the Defendant is Ace American Insurance Company/ESIS, a foreign corporation, actively doing business in Louisiana.

3.

That this Honorable Court has subject matter jurisdiction over this cause.

4.

That at or around May 3, 2012, at 8:22 am, Plaintiff avers that she was proceeding East on Interstate 10 in Kenner, Louisiana along the Williams Boulevard ramp in heavy morning traffic on her way to work as a Registered Nurse Case Manager.

5.

That as Plaintiff began to drive upon stalled early morning traffic; she applied her brakes and came to a complete stop.

6.

That at or around May 3, 2013, at the same time and direction, Mr. Mylo Percle was traveling directly behind Plaintiff in the left eastbound lane of the interstate 10. As he was traveling directly behind the Plaintiff, Mr. Percle noticed that the Plaintiff's vehicle had come

to a stop and, as such, Mr. Percle was able to slow his vehicle to a complete stop behind Plaintiff's vehicle.

7.

That after coming to a complete stop, Mr. Percle's vehicle was suddenly and without warning struck from the rear by the approaching vehicle driven by Defendant. The impact of the rear end collision from the Defendant's vehicle forced Mr. Percle's vehicle into the rear of the Plaintiff's vehicle.

8.

As a result of the accident, the Plaintiff has suffered medical injuries and property damage. Plaintiff required immediate urgent care and follow up medical treatment that are further outlined in medical records.

9.

That Plaintiff avers that the sole and proximate cause of the accident was the negligence of the Defendant, Ace American Insurance Company in the following non-exclusive particulars:

1.) By failing to maintain proper control of the vehicle;

2.) By failing to take evasive actions to avoid the accident;

3.) By following too closely to avoid the accident;

4.) By failing to see what was necessary to avoid the accident;

5.) By failing to keep a proper lookout; and

6.) Other acts of negligence which will be shown at trial.

10.

Plaintiff avers that at the time of the accident, Defendant, Ace American Insurance Company/ESIS, had issued a commercial vehicle policy to Defendant, Cargotec Holding, Incorporated and driven by Mr. Terry L. Stevens, which was in full force and effect at the time of the accident.

11.

Plaintiff avers that she is entitled to compensation for her injuries to include the following non-exclusive particulars:

1. Pain and Suffering, past, present and future;

2. Mental Anguish, past, present and future;

IMAGED MAY - 3 2013

726544

3.    Lost Wages, past, present and future;

4.    Reimbursement for all medical expenses;

5.    Damages to her vehicle;

6.    Loss of use of her vehicle;

7.    Loss of Enjoyment of Life;

8.    Loss of Consortium;

9.    Reimbursement for towing, storage of vehicle.

**WHEREFORE**, Plaintiff prays that after due proceedings be had, that there be a Judgment in favor of Plaintiff, and against Defendant(s), in solido, in an amount that would adequately compensate Plaintiff for her damages, plus all medical expenses and legal interest from the date of judicial demand until paid and for all costs associated with having to bring these proceedings.

Respectfully submitted,

**DAVID ADEN (LA BAR NO. 30373)**
**LAW OFFICES OF DAVID ADEN, L.L.C.**
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170
Telephone: 504-599-5941
Facsimile: 504-524-7979

**PLEASE SERVE:**

The Agent for Service of Process for
Ace American Insurance Company ESIS
*Through the Louisiana Secretary of State*
8585 Archives Ave.
Baton Rouge, LA 70809

*1062 · $25.00 S/s*
*1060  29.36  EBRouge*

IMAGED MAY - 3 2013

726544

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

*Carole Garel* vs. *Ace American Ins Co*

**Court:** 24th Judicial District          **Docket Number:** _726 544_   FILED

**Parish of Filing:** Jefferson          **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** _David Ader_   MAY -1 2013 DEPUTY CLERK

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** _1_          **Number of named defendants:** _1_

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- [ ] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**


Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _David Ader_          Signature _____

Address _201 St Charles Ave Suite 2500   New Orleans_

Phone number: _504 599-5941_          E-mail address: _____

IMAGED MAY - 3 2013

*Filed 5/1/13*
*3:23 Pm Dm*

In Reference to Case #: __72l6.544__
Division: _F_  24th JDC

**Jon A. Gegenheimer**
JEFFERSON PARISH CLERK OF COURT

24th **Judicial District Court**
**FAX Filing**
P.O. Box 10
Gretna LA 70054-0010
www.jpclerkofcourt.us
Telephone: (504) 364-2971
FAX Nos.: (504) 364-3780 & 364-2988

• MR. DAVID AIDEN, ATTORNEY\
FAX # 504-524-7979

MAY 1, 20 13

# FACSIMILE FILING RECEIPT OF TRANSMISSION

Total No. of Pages: 3

Document Type: PETITION FOR DAMAGES

Case Title: CAROLE GAREL  VERSUS  ACE AMERICAN INSURANCE COMPANY

*FILE FOR RECORD*
*2013 MAY -3 PM 3:39*
*DEPUTY CLERK*
*PARISH OF JEFFERSON, LA*

Receipt is hereby acknowledged of the above described document, which was filed at
___2:39___ ☐ A.M. ☑ P.M. on _____ MAY 1, 20 13 . Per La. R.S. 13:850,
please forward the original pleading within 7 days, exclusive of legal holidays, after the clerk of
court has received the transmission, with funds in the amounts listed below:

Check payable to "Jefferson Parish Clerk of Court":  $ 310.00

Check payable to "Orleans Parish Civil Sheriff":  $_____

Check payable to "Louisiana Secretary of State":  $ 25.00

Check payable to "East Baton Rouge Sheriff":  $ 29.36

Check payable to _____:  $_____

**\*\*\*Please enclose a copy of this Receipt of Transmission when original pleading is filed.\*\*\***

ATTN: Civil Filing Dept.
24th Judicial District Court, Division NEW SUITS
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna LA 70054-0010

*\*need civil case*
*report ing form\**

IMAGED MAY - 6 2013 72 6 5 4 4

05/01/2013  02:38 FAX                                                                    ☎001/003

TWENTY FOURTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO.: 726-544   "F"                SECTION:_____

CAROLE GAREL

v

ACE AMERICAN INSURANCE COMPANY

FILED:_____              _____
                                        DEPUTY CLERK

FILE FOR RECORD
2013 MAY -1  PM 2: 38
DEPUTY CLERK
PARISH OF JEFFERSON, LA

## PETITION FOR DAMAGES

COMES NOW, through undersigned counsel, Plaintiff, Carole Garel, who shows to this Honorable Court the following facts to wit:

1.

That Plaintiff is a resident of Jefferson Parish.

2.

That the Defendant is Ace American Insurance Company/ESIS, a foreign corporation, actively doing business in Louisiana.

3.

That this Honorable Court has subject matter jurisdiction over this cause.

4.

That at or around May 3, 2012, at 8:22 am, Plaintiff avers that she was proceeding East on Interstate 10 in Kenner, Louisiana along the Williams Boulevard ramp in heavy morning traffic on her way to work as a Registered Nurse Case Manager.

5.

That as Plaintiff began to drive upon stalled early morning traffic; she applied her brakes and came to a complete stop.

6.

That at or around May 3, 2013, at the same time and direction, Mr. Mylo Percle was traveling directly behind Plaintiff in the left eastbound lane of the interstate 10. As he was traveling directly behind the Plaintiff, Mr. Percle noticed that the Plaintiff's vehicle had come

IMAGED MAY - 6 2013

726544

to a stop and, as such, Mr. Percle was able to slow his vehicle to a complete stop behind Plaintiff's vehicle.

7.

That after coming to a complete stop, Mr. Percle's vehicle was suddenly and without warning struck from the rear by the approaching vehicle driven by Defendant. The impact of the rear end collision from the Defendant's vehicle forced Mr. Percle's vehicle into the rear of the Plaintiff's vehicle.

8.

As a result of the accident, the Plaintiff has suffered medical injuries and property damage. Plaintiff required immediate urgent care and follow up medical treatment that are further outlined in medical records.

9.

That Plaintiff avers that the sole and proximate cause of the accident was the negligence of the Defendant, Ace American Insurance Company in the following non-exclusive particulars:

1.) By failing to maintain proper control of the vehicle;

2.) By failing to take evasive actions to avoid the accident;

3.) By following too closely to avoid the accident;

4.) By failing to see what was necessary to avoid the accident;

5.) By failing to keep a proper lookout; and

6.) Other acts of negligence which will be shown at trial.

10.

Plaintiff avers that at the time of the accident, Defendant, Ace American Insurance Company/ESIS, had issued a commercial vehicle policy to Defendant, Cargotec Holding, Incorporated and driven by Mr. Terry L. Stevens, which was in full force and effect at the time of the accident.

11.

Plaintiff avers that she is entitled to compensation for her injuries to include the following non-exclusive particulars:

1. Pain and Suffering, past, present and future;

2. Mental Anguish, past, present and future;

IMAGED MAY - 6 2013

726544

3. Lost Wages, past, present and future;

4. Reimbursement for all medical expenses;

5. Damages to her vehicle;

6. Loss of use of her vehicle;

7. Loss of Enjoyment of Life;

8. Loss of Consortium;

9. Reimbursement for towing, storage of vehicle.

**WHEREFORE**, Plaintiff prays that after due proceedings be had, that there be a Judgment in favor of Plaintiff, and against Defendant(s), in solido, in an amount that would adequately compensate Plaintiff for her damages, plus all medical expenses and legal interest from the date of judicial demand until paid and for all costs associated with having to bring these proceedings.

Respectfully submitted,

DAVID ADEN (LA BAR NO. 30373)
LAW OFFICES OF DAVID ADEN, L.L.C.
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170
Telephone: 504-599-5941
Facsimile: 504-524-7979

**PLEASE SERVE:**

The Agent for Service of Process for
Ace American Insurance Company ESIS
*Through the Louisiana Secretary of State*
8585 Archives Ave.
Baton Rouge, LA 70809

IMAGED MAY - 6 2013

726544



(101) Citation: ISSUE PETITION FOR DAMAGES ;                    130510-9636-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

CAROLE GAREL
    versus
ACE AMERICAN INSURANCE COMPANY

    Case: 726-544    Div: "F"
    P 1 CAROLE GAREL

To:  ACE AMERICAN INSURANCE COMPANY
ESIS
THRU THE AGENT FOR SERVICE OF PROCESS          SS# 1062 $25.00
THRU THE SECRETARY OF STATE                    EBR# 1060 $29.36
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809


PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.


This service was requested by attorney DAVID R. ADEN and was issued by the Clerk Of Court on the 10th day of May, 2013.


        /s/ Lisa M. Cheramie
        Lisa M. Cheramie, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk Of Court


_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES ;                    130510-9636-3

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal         ___ Domicilary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                 ___ Received too late to serve
    ___ Moved                  ___ No longer works at this address
    ___ No such address        ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

Imaged 05/10/2013 14:54 - Signed: Deputy Clerk of Court /s/ Lisa M. Cheramie

 

(101) Citation: ISSUE PETITION FOR DAMAGES ;                    130510-9636-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA



CAROLE GAREL
    versus                                Case: 726-544   Div:
ACE AMERICAN INSURANCE COMPANY                  P 1 CAROLE GAREL

To:  ACE AMERICAN INSURANCE COMPANY
ESIS
THRU THE AGENT FOR SERVICE OF PROCESS           SS# 1062 $25.00
THRU THE SECRETARY OF STATE                     EBR# 1060 $29.36
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809


PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney DAVID R. ADEN and was issued by the Clerk Of Court on the 10th day of May 2013.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES ;                    130510-9636-3

Received:_____    Served:_____    Returned:_____

Service was made:
   ____ Personal      ____ Domicilary _____

Unable to serve:
   ____ Not at this address      ____ Numerous attempts _____ times
   ____ Vacant                  ____ Received too late to serve
   ____ Moved                   ____ No longer works at this address
   ____ No such address         ____ Need apartment / building number
   ____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

RECEIVED

MAY 2 0 2013

E.B.R. SHERIFF'S OFFICE

(101) Citation: ISSUE FIRST AMENDED PETITION; ORIGINAL PETITION FOR DAMAGES

130619-5718-2

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

CAROLE GAREL
versus
ACE AMERICAN INSURANCE COMPANY

Case: 726-544   Div: "F"
P 1 CAROLE GAREL

To: TERRY L. STEVENS
THROUGH LONG ARM SERVICE
2938 JACKSON LANDING ROAD
PICAYUNE MS 39466

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **FIRST AMENDED PETITION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **THIRTY (30) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney DAVID R. ADEN and was issued by the Clerk Of Court on the 19th day of June, 2013.

/s/ Kendra F. Pierre
Kendra F. Pierre, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION; ORIGINAL PETITION FOR DAMAGES

130619-5718-2

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domicilary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts _____ times
___ Vacant   ___ Received too late to serve
___ Moved   ___ No longer works at this address
___ No such address   ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 06/19/2013 16:10 - Signed: Deputy Clerk of Court /s/ Kendra F. Pierre

**TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO: 726544                                    DIVISION: F

**CAROLE F. GAREL**

**VERSUS**

**ACE AMERICAN INSURANCE COMPANY**

FILED:_____                      _____
                                              DEPUTY CLERK

### FIRST AMENDED PETITION

NOW INTO COURT, through undersigned counsel comes plaintiff, Carole Garel, who amends her petition for damages herein as follows:

I.

Plaintiff amends the caption of the above Petition for Damages to read as follows:

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO: 726544                                    DIVISION: F

CAROLE F. GAREL

VERSUS

ACE AMERICAN INSURANCE COMPANY (AS INSURER OF CARGOTEC HOLDING, INC., and TERRY STEVENS),

CARGOTEC HOLDING, INC. and TERRY L. STEVENS

II.       IMAGED JUN 2 0 2013

Paragraph 2 of the Plaintiff's Original Petition for Damages is amended to read as follows:

"2      Made Defendants are:

7265244

a. ACE AMERICAN INSURANCE COMPANY, a foreign corporation, actively doing business in Louisiana and has appointed an agent for service in the State of Louisiana;

b. CARGOTEC HOLDING, INC., a foreign corporation, actively doing business in Louisiana and has appointed an agent for service of process in the State of Louisiana;

c. TERRY L. STEVENS, who upon information and belief is a resident of Mississippi and is a person of full age and majority.

III.

Paragraph 10 of the Plaintiff's Original Petition for Damages is amended to read as follows:

Plaintiff avers that at the time of the accident, Defendant, Ace American Insurance Company, had issued a commercial vehicle policy to Defendant, Cargotec Holding Inc., and driven by Mr. Terry L. Stevens, as an agent, employee or duly authorized representative of Cargotec Holding, Inc. or with Cargotec Holding, Inc.'s permission or for the benefit of Cargotec Holding, Inc., which was in full force and effect at the time of the accident.

IV.

Plaintiff otherwise re-avers the allegations of her original Petition for Damages.

**WHEREFORE**, Plaintiff prays that after due proceedings be had, that there be a Judgment in favor of Plaintiff, and against Defendant(s), in solido, in an amount that would adequately compensate Plaintiff for her damages, plus all medical expenses and legal interest from the date of judicial demand until paid and for all costs associated with having to bring these proceedings.

Respectfully submitted,

IMAGED JUN 2 0 2013

**LAW OFFICES OF DAVID ADEN, L.L.C.**

BY: _____

**DAVID R. ADEN (La. Bar No. 30373)**
201 St. Charles Ave., Suite 2500
Telephone: 504-599-5941
Facsimile: 504-524-7979
*Attorney for Ms. Carole Garel*

724544

**PLEASE SERVE**

Cargotec Holding, Inc.
Through its Registered Agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, Louisiana 70808

CK #1074
EBR $53.24

The Agent for Service of Process for
ACE American Insurance Company
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

CK #1075
secretary of state
$25.00

Terry L. Stevens
Through Long Arm Service
2938 Jackson Landing Road
Picayune, Ms. 39466

IMAGED   JUN 2 0 2013





(101) Citation: ISSUE FIRST AMENDED PETITION; ORIGINAL PETITION FOR DAMAGES          130619-5717-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

CAROLE GAREL
    versus
ACE AMERICAN INSURANCE COMPANY

Case: 726-544    Div: "F"
P 1 CAROLE GAREL

To: CARGOTEC HOLDING, INC.
THROUGH CT CORPORATION SYSTEM
5616 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK#1074 $53.26

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **FIRST AMENDED PETITION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney DAVID R. ADEN and was issued by the Clerk Of Court on the 19th day of June, 2013.

/s/ Kendra F. Pierre
Kendra F. Pierre, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION; ORIGINAL PETITION FOR DAMAGES          130619-5717-4

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal        ___ Domicilary _____

Unable to serve:
   ___ Not at this address      ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address         ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
             Deputy Sheriff
Parish of: _____

## RECEIVED
JUN 25 2013
E.B.R. SHERIFF'S OFFICE

(101) Citation: ISSUE FIRST AMENDED PETITION; ORIGINAL PETITION
FOR DAMAGES

130619-5716-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

CAROLE GAREL
    versus
ACE AMERICAN INSURANCE COMPANY

Case: 726-544    Div: "F"
P 1 CAROLE GAREL

To:  ACE AMERICAN INSURANCE COMPANY
THROUGH SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

CK#1074 $53.26
CK#1075 $ 25.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **FIRST AMENDED
PETITION** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR** days after the service hereof
under penalty of default.

This service was requested by attorney DAVID R. ADEN and was issued by the Clerk Of Court
on the 19th day of June, 2013.

/s/ Kendra F. Pierre
Kendra F. Pierre, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION; ORIGINAL PETITION
FOR DAMAGES

130619-5716-6

Received:_____    Served:_____    Returned:__JUN 2 6 2013__

Service was made:
  · ___ Personal        ___ Domicilary

Unable to serve:
  ___ Not at this address    ___ Numerous attempts ___ times
  ___ Vacant            ___ Received too late to serve
  ___ Moved            ___ No longer works at this address
  ___ No such address      ___ Need apartment / building number
  ___ Other _____

I made service on the named party through the
Office of the Secretary of State
by serving a copy of this document to ☐ TAMMY GLOVER  ☐ MEGHAN SHANKS

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
               Deputy Sheriff
Parish of: _____

## RECEIVED

JUN 25 2013

E.B.R. SHERIFF'S OFFICE